## THOMPSON v. FRENCH.

1. **Appeal:** CERTIFICATE OF JUDGE. Where the amount in controversy, as shown by the pleadings, was less than $100, and no certificate of the trial judge was given, the appeal must be dismissed.

*Appeal from Plymouth Circuit Court.*

MONDAY, DECEMBER 19.

ACTION upon two promissory notes executed by the defendant, one for $35, and one for $50. The defendant admits the execution of the notes, but he avers that there is not more than $40 due on both of them. He avers that they were given for a mowing-machine, bought in August, 1878; that he bought the machine with a warranty, and that the warranty has been broken; that the price of the machine was $95, and it was not worth more than $50. There was judgment for the plaintiff for the full amount claimed. The defendant appeals.

*Curtis & Dudley*, for appellant.

*J. H. Struble*, for appellee.

ADAMS, CH. J.—The first question presented is as to whether this court can take cognizance of this appeal without a certificate from the trial judge. The amount in controversy, as shown by the pleadings, is the difference between what the plaintiff claims and what the defendant concedes that he is entitled to recover, or in other words, the amount in controversy as shown by the pleadings is the amount of damages which the defendant in his answer claims that he sustained. There is no averment in the answer that the ma-

*1. APPEAL: certificate of judge.*

chine, if it had fulfilled the warranty, would have been worth
more than the purchase price. The answer then does not
show that the damages sustained by the defendant were more
than $45. That, then, constitutes the amount in controversy as
shown by the pleadings, and being less than $100 the case was
appealable only upon the certificate of the trial judge. As no
such certificate was given the appeal must be

DISMISSED.